**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>**JANE DOE NLG (C.R.)** | **Case No. 3:25-cv-01716-CRB**<br><br>**MDL No. 3084 CRB**<br><br>**Honorable Charles R. Breyer**<br><br>**STIPULATION AND PROPOSED ORDER RE DISMISSAL OF DUPLICATE CASE; ~~PROPOSED~~ ORDER** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE TO**

**DUPLICATE CASE**

Defense counsel has notified Nachawati Law Group of a duplicate claim filed on Plaintiff's behalf by the Anapol Weiss law firm (*R. v. Uber Technologies, Inc. et al*, Case Number 3:26-CV-02552). Nachawati Law Group, Anapol Weiss and Plaintiff have agreed that Anapol Weiss shall continue to represent Plaintiff going forward and that Nachawati Law Group shall withdraw. Pursuant to Fed R. Civ. P. 41(1)(1)(A)(ii), the undersigned counsel for Plaintiff and for Defendants hereby stipulate to the dismissal of Case Number 3:25-cv-01716-CRB with prejudice. Counsel further stipulate that the dismissal of Case Number 3:25-cv-01716-CRB shall be without prejudice to Plaintiff's claims in the duplicate action, Case Number 3:26-CV-02552, that the dismissal of Case Number 3:25-cv-01716-CRB shall be for the sole purpose of eliminating a duplicate filing, and that the dismissal of the duplicate case shall not operate as an adjudication on the merits of Plaintiff's claims. Each party shall bear its own costs.

///

**SO STIPULATED**:

**NACHWATI LAW GROUP**

By: /s/ Arati C. Furness
Arati C. Furness (CA SBN: 225435)
afurness@ntrial.com
5489 Blair Road
Dallas, Texas 75231
(214) 890-0711

*Attorney for Plaintiff*
*(Case No. 3:25-cv-01716-CRB)*

**ANAPOL WEISS**

By: /s/ Holly H. Dolejsi
Holly H. Dolejsi
hdolejsi@anapolweiss.com
60 South 6th Street, Suite 2800
Minneapolis, MN 55402
(202) 780-3014

*Attorney for Plaintiff*
*(Case No. 3:26-CV-02552)*

**SHOOK, HARDY & BACON L.L.P.**

By: /s/ Christopher v. Cotton
Christopher V. Cotton (Admitted Pro Hac Vice)
ccotton@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>**JANE DOE NLG (C.R.)** | **Case No. 3:25-cv-01716-CRB**<br><br>**MDL No. 3084 CRB**<br><br>**Honorable Charles R. Breyer**<br><br>**~~[PROPOSED]~~ ORDER RE DISMISSAL WITHOUT PREJUDICE TO DUPLICATE CASE; PROPOSED ORDER** |

Pursuant to the parties' Stipulation, and good cause appearing therefor, the Court orders as follows:

1. Case Number 3:25-cv-01716-CRB shall be dismissed with prejudice.

2. The dismissal of Case Number 3:25-cv-01716-CRB shall be without prejudice to Plaintiff's claims in the duplicate action, Case Number 3:26-CV-02552.

3. The dismissal of Case Number 3:25-cv-01716-CRB shall be for the sole purpose eliminating a duplicate filing. The dismissal shall not operate as an adjudication on the merits of Plaintiff's claims.

4. Each party shall bear its own costs.

IT IS SO ORDERED.

Date: September 3, 2026

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA